LYONS NATIONAL BANK, Respondent, v. HARRIE B. MOORE, Appellant.

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.